# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**VICTORIA CONWAY**                                                            **PLAINTIFF**

v.                                             **CAUSE NO. 1:20-cv-107-LG-MTP**

**BILOXI PUBLIC SCHOOL
DISTRICT, et al.**                                                     **DEFENDANT**

## ORDER OF DISMISSAL

The parties having agreed to and announced to the Court a settlement of this case, the individual defendants having been dismissed, and the Court being desirous that this matter be finally closed on its docket;

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITH PREJUDICE** as to all parties with each party to bear its own costs.

**SO ORDERED AND ADJUDGED** this the 29th day of March, 2023.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge